CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

IAN T. WADE, ESQ. (SBN: 229150)
iwade@littler.com
RACHEL T. SEGAL, ESQ. (SBN: 274644)
rsegal@littler.com
JENNIFER A. GOLDBERG, ESQ. (SBN: 292216)
jagoldberg@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax: 310.553.5583
Attorneys for Defendant
Zara USA, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | Case: 2:19-CV-01716-RSWL-MRW |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| v. | |
| ZARA USA, INC., a New York Corporation; and Does 1-10, | |
| Defendants. | |

1

Joint Stipulation for Dismissal        Case: 2:19-CV-01716-RSWL-MRW

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated: May 26, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
     Amanda Lockhart Seabock
     Attorneys for Plaintiff

Dated: May 26, 2020          LITTLER MENDELSON, P.C.

By: /s/ Jennifer A. Goldberg
     Jennifer A. Goldberg
     Attorney for Defendant
     Zara USA, Inc.

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jennifer A. Goldberg, counsel for Zara USA, Inc., and that I have obtained Ms. Goldberg's authorization to affix her electronic signature to this document.

Dated: May 26, 2020          CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff


4836-2095-8141.1 068773.1033